PEOPLE of the State of New York, plaintiff, v. METROPOLITAN SURETY COMPANY, defendant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) In the matter of the application for the payment of interest upon their claims in the distribution of estates of Title Guarantee & Surety Company, and others, appellants. Motion granted, and the following question certified: Is the appellant entitled to interest before the creditors whose claims have not matured before July 6, 1909 (the date of the commencement of the action), have received the principal of their claims?

PEOPLE of the State of New York, respondent, v. MOY HE, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment of conviction affirmed by default. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE, etc., Respt., v. Dennis MURRAY, Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Appeal dismissed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. Nicola PAVOGLIANTI, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment of conviction affirmed. All concur. Smith, P. J., not being a member of the court at the time of the decision. Cochrane, J., not sitting.

PEOPLE, etc., Respt., v. Walter F. PECK, Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Appeal dismissed. No opinion. Order filed.

PEOPLE of the State of New York, respondent, v. John PULLMAN, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., and Carr, Stapleton, Mills and Putnam, JJ., concur. See, also, 166 App. Div. 99, 151 N. Y. Supp. 741.

PEOPLE of the State of New York, respondents, v. Libero SANTANIELLO, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment of conviction of the County Court of Kings County affirmed by default. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE, etc., v. Adolph SCHMIDT. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted. Order filed.

PEOPLE of the State of New York, respt., v. Frank L. SMITH, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment of conviction and order disallowing demurrer affirmed. All concur.

PEOPLE, Respondent, v. STEHR, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Proceeding by the People of the State of New York against Hyman Stehr. No opinion. Judgment of conviction of the County Court of Kings County reversed on reargument of 168 App. Div. 119, 153 N. Y. Supp. 296, and new trial ordered. See, also, 153 N. Y. Supp. 1134.

PEOPLE of the State of New York, respondent, v. Hyman STEHR, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted. Settle order before the Presiding Justice.

PEOPLE, etc., Respt., v. Ernest TRIBELHORN, Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and orders affirmed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. James VAN EVERY, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and orders affirmed. All concur.

PEOPLE, etc., ex rel. Adele Taylor BOWNE, appellant, v. Henry S. MANNING, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Order dismissing writ affirmed, with $10 costs and disbursements. It may be that under the circumstances as shown to exist at the present time the future welfare of the child will require a modification of the decree of divorce, and this decision is without prejudice to such an application. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE ex rel. Charles BRIGHT, Applt., v. Max S. GRIFFENHAGEN, Deft. (Nat. Ry. Construction Co., Respt.). (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed. No opinion. Order filed.

PEOPLE ex rel. William CASPAR v. Frederick J. H. KRACKE, as Commr. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted without costs. Order filed.

PEOPLE ex rel. CITY OF N. Y., Rel., v. Alfred P. W. SEAMAN et al., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Writ dismissed and proceedings affirmed, with $50 costs and disbursements, on People ex rel. Watt v. Zucca, 160 App. Div. 578, 145 N. Y. Supp. 754. Order filed.

PEOPLE ex rel. James CURRAN v. Arthur WOODS, as Commr. (Supreme Court, Appellate Division, First Department. December, 24, 1915.) Motion granted, with $10 costs. Order filed.

PEOPLE of the State of New York ex rel. Thomas L. DELANEY, relator, v. Michael J. MESCALL, applt., impleaded, etc. (Supreme